816

No. 80–1777. DAVID ORGELL, INC. v. JOSIAH WEDGWOOD & SONS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1810. VALMAS BROTHERS SHIPPING, S. A., ET AL. v. FISHER ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1844. LUX v. ANGEL. Ct. App. N. M. Certiorari denied.

No. 80–1848. LOGAN ET AL. v. WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–1895. EXXON CORP. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 80–1919. INTERCONTINENTAL TRANSPORTATION SERVICES, LTD. v. MCNEILL. C. A. 5th Cir. Certiorari denied.

No. 80–2022. MERCKLE v. HARPER. C. A. 5th Cir. Certiorari denied.

No. 80–2030. REDERIAKTIEBOLAGET GUSTAF ERIKSON ET AL. v. MALLARD ET UX. C. A. 5th Cir. Certiorari denied.

No. 80–2033. ROMERO-BARCELO ET AL. v. WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 80–2048. MATSON PLASTERING CO., INC. v. OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSN., AFL–CIO, PLASTERERS LOCAL UNION NO. 295; and MATSON PLASTERING CO., INC. v. LATHERS LOCAL UNION L–109 ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–2110. PINTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.